### JACKSON v. DAVIS.
### No. 10861.

Court of Civil Appeals of Texas. San Antonio.
Jan. 29, 1941.

Roy Jackson, pro se.
T. M. Cox, of Beeville, for appellee.

**MURRAY, Justice.**

Neither appellant nor appellee has filed briefs herein, as required by Rule 29, Courts of Civil Appeals, 142 S.W. xii.

Appellee has filed a motion to dismiss the cause for want of prosecution. The motion will be granted and the cause dismissed for want of prosecution. Rule 39 for Courts of Civil Appeals, 142 S.W. xiii.

Dismissed.